**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| ANTHONY AUGUSTUS, | Case No. 3:22-cv-363 |
| Plaintiff, | District Judge Thomas M. Rose |
| vs. | Magistrate Judge Karen L. Litkovitz |
| GREENE COUNTY ADULT PROBATION DEPT., *et al.*, | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 6); DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE; AND DIRECTING THAT THIS CASE BE TERMINATED**

The Court has conduct a *de novo* review of the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. No. 6), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ACCEPTS** the recommended disposition and **ADOPTS** the Report and Recommendation.

Therefore, it is **ORDERED** that:

1. The Court ADOPTS, in full, the Report and Recommendation filed on February 27, 2023 (Doc. No. 6);

2. The Court DISMISSES WITH PREJUDICE Plaintiff's Complaint, pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a), that an appeal of this order would not be taken in good faith and therefore Plaintiff would be denied leave to appeal *in forma pauperis*; and,

4. The Court DIRECTS the Clerk of Court to terminate this case.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, March 22, 2023.

    s/Thomas M. Rose

    _____
    THOMAS M. ROSE
    UNITED STATES DISTRICT JUDGE